IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VERONICA CANAZAS

    Plaintiff,

v.                                                Civil Action No. 3:11CV033

ACXIOM CORPORATION, *et al.,*

    Defendants.

## DEFENDANTS ACXIOM CORPORATION and
## ACXIOM INFORMATION SECURITY SERVICES, INC
## FINANCIAL INTEREST DISCLOSURE STATEMENT

1.    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Acxiom Corporation and Acxiom Information Security Services, Inc., in the above captioned case, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said parties that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said parties:

    a.    Acxiom Information Security Services, Inc. is a wholly-owned subsidiary of Acxiom Corporation, a publicly traded corporation.

    b.    Acxiom Corporation is a publicly traded corporation, traded on NASDAQ. Acxiom Corporation does not have a parent corporation. Acxiom Corporation has one publicly held corporation that owns more than ten percent or its stock: Fidelity Management & Research (FMR LLC).

**ACXIOM CORPORATION and ACXIOM INFORMATION SECURITY SERVICES, INC.**

By /s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Defendant Acxiom Corporation and Acxiom Information Security Services, Inc.*
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

Alan D. Wingfield
Virginia State Bar No. 27489
*Attorney for Defendant Acxiom Corporation and Acxiom Information Security Services, Inc.*
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1350
Facsimile: (804) 697-1339
Email: alan.wingfield@troutmansanders.com

Jimmy F. Robinson, Jr.
Virginia State Bar No. 43622
*Attorney for Defendant Acxiom Corporation and Acxiom Information Security Services. Inc.*
TROUTMAN SANDERS, LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1211
Facsimile: (804) 698-6029
Email: jimmy.robinson@troutmansanders.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 18th day of April, 2011, I electronically filed the foregoing Financial Interest Disclosure Statement for Defendants Acxiom Corporation and Acxiom Information Security Services, Inc., with the Clerk of the court using the CM/ECF system which will send notification of such filing to all counsel or record:

>Dale W. Pittman, Esq. VSB No. 15673
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, Virginia 23803
>(804) 861-6000-phone
>(804) 861-3368-fax
>dale@pittmanlawoffice.com
>*Counsel for Plaintiff*
>
>Leonard A. Bennett, Esq. VSB No. 37523
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia 23606
>(757) 930-3660 – phone
>(757) 930-3662 – fax
>lenbennett@clalegal.com
>*Co-Counsel for Plaintiff*
>
>Kristi Cahoon Kelly, Esq., VSB No. 72791
>SUROVELL MARKLE ISAACS & LEVY PLC
>4010 University Drive, 2nd Floor
>Fairfax, VA  22030
>(703) 277-9774 – phone
>(703) 591-9285 – fax
>kcahoon@smillaw.com
>*Co-Counsel for Plaintiff*

        By  /s/ David N. Anthony
         David N. Anthony
         Virginia State Bar No. 31696
         *Attorney for Defendant Acxiom Corporation*
         *and Acxiom Information Security Services, Inc.*
         TROUTMAN SANDERS, LLP
         1001 Haxall Point
         Richmond, Virginia  23219
         Telephone:  (804) 697-5410
         Facsimile:  (804) 698-5118
         Email:  david.anthony@troutmansanders.com