IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



VERONICA CANAZAS,

    Plaintiff

v.                                  CIVIL NO. 3:11-cv-00033-JRS

ACXIOM CORPORATION, ACXIOM INFORMATION
SECURITY SERVICES and TRANS UNION, LLC.,

    Defendants,

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **VERONICA CANAZAS**, and the Defendants **ACXIOM CORPORATION, ACXIOM INFORMATION SECURITY SERVICES and TRANS UNION, LLC.,** by counsel, and hereby moves the Court to dismiss with prejudice all claims against *Acxiom Corporation, Acxiom Information Security Services and Trans Union, LLC.,* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint against *Acxiom Corporation, Acxiom Information Security Services and Trans Union, LLC*, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 7th day of November, 2011.

                                                                    /s/
                                                   James R. Spencer
                                                   Chief United States District Judge



WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*

_____
David Neal Anthony (VSB No. 31696)
Troutman Sanders, LLP
Troutman Sanders Bldg.
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
E-mail: david.anthony@troutmansanders.com

*Counsel for Defendants, Acxiom Corporation
And Acxiom Information Security Services*

_____
Grant E. Kronenberg (VSB No. 65647)
Morris & Morris, PC
700 East Main Street
Suite 1100
P.O. Box 30
Richmond, VA 23218

*Counsel for Defendant, Trans Union, LLC.*

-2-